# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-305-257
**Effective Date of Registration:**
May 26, 2022
**Registration Decision Date:**
June 23, 2022



## Title
| | |
|---|---|
| Title of Work: | 2007 Octopus Toys |

## Completion/Publication
| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | July 16, 2020 |
| Nation of 1st Publication: | China |

## Author
| | |
|---|---|
| • Author: | Yangzhou T Miss Toys & Gifts Co., Ltd |
| Author Created: | sculpture |
| Work made for hire: | Yes |
| Domiciled in: | China |

## Copyright Claimant
| | |
|---|---|
| Copyright Claimant: | Yangzhou T Miss Toys & Gifts Co., Ltd<br>9, Meihu Road, Xihu Town, Hanjiang District, Yangzhou, Jiangsu, 225000, China |

## Rights and Permissions
| | |
|---|---|
| Organization Name: | Yangzhou T Miss Toys & Gifts Co., Ltd |
| Email: | info@tmisstoy.com |
| Address: | 9, Meihu Road, Xihu Town, Hanjiang District<br>Yangzhou, Jiangsu 225000 |

## Certification
| | |
|---|---|
| Name: | Bole Yuan |

Page 1 of 2

**Date:** May 26, 2022
**Applicant's Tracking Number:** c2205-191