AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 1:25-cv-8993  DATE FILED 7/31/2025 | Northern District of Illinois |
| PLAINTIFF<br>T Miss Toys & Gifts Co., Ltd. | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Thomas G Bruton | (BY) DEPUTY CLERK<br>E. Calasanz | DATE<br>7/31/2025 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-305-257**

**Effective Date of Registration:**
May 26, 2022

**Registration Decision Date:**
June 23, 2022

---

## Title

**Title of Work:** 2007 Octopus Toys

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 16, 2020
**Nation of 1st Publication:** China

## Author

- **Author:** Yangzhou T Miss Toys & Gifts Co., Ltd
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Yangzhou T Miss Toys & Gifts Co., Ltd
9, Meihu Road, Xihu Town, Hanjiang District, Yangzhou, Jiangsu, 225000, China

## Rights and Permissions

**Organization Name:** Yangzhou T Miss Toys & Gifts Co., Ltd
**Email:** info@tmisstoy.com
**Address:** 9, Meihu Road, Xihu Town, Hanjiang District
Yangzhou, Jiangsu 225000

## Certification

**Name:** Bole Yuan

Page 1 of 2

**Date:** May 26, 2022
**Applicant's Tracking Number:** c2205-191