**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| T MISS TOYS & GIFTS CO., LTD., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:25-cv-08993 |
|  | ) **Judge Charles P. Kocoras** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) **Magistrate Judge Laura K. McNally** |
| Defendants. | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, August 12, 2025, at 9:50 a.m., Plaintiff Hexin Holding Limited, by its counsel, shall appear before the Honorable Charles P. Kocoras, and present Plaintiff's *ex parte* Motion for Entry of A Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, Motion for Electronic Service of Process by e-mail pursuant to Fed. R. Civ. P. 4(f)(3), and Motion for Leave to File Under Seal.

Date: August 4, 2025

Respectfully submitted,

*/s/ Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff T Miss Toys & Gifts Co., Ltd*