# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

T Miss Toys & Gifts Co., Ltd.

                                            Plaintiff,

v.
                                                Case No.:
1:25−cv−08993

Honorable Charles P. Kocoras

Partnerships and Unincorporated Associations Identified on Schedule A

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion for temporary restraining order [9] and motion for electronic service of process [15] are granted. Enter Temporary Restraining Order. Presentment hearing scheduled on 8/12/2025 is stricken. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.