# EXHIBIT 1

# SCHEDULE A

## DEFENDANT ONLINE MARKETPLACES

| No. | Seller Store Name | Business Name & Email Address | ASIN | URL |
|---|---|---|---|---|
| 1 | Puptily Store | Dongguanshi Shipai Baojing Riyongpindian BoJin_store@163.com | B0CKLH9LM8 B0FD3N364G B0FD3QT3YJ | https://www.amazon.com/dp/B0FD3QT3YJ https://www.amazon.com/Luxury-Christmas-Squeaky-Teething-Supplies/dp/B0FD3N364G?ref_=v_sp_product_dpx |