**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| T MISS TOYS & GIFTS CO., LTD., | |
| Plaintiff, | Case No. 1:25-cv-08993 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Laura K. McNally |
| Defendants. | |

**DECLARATION OF ZOEY HUANG**

I, Zoey Huang, declare as follows:

1. I am a law clerk with YK Law LLP and my firm represents Plaintiff T Miss Toys & Gifts Co., Ltd. ("Plaintiff") in this action. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. Plaintiff published the Complaint, the TRO, and other relevant court papers on a website at the link https://yklawusinternetenforcement8993.wordpress.com/ ("Service Website") on August 15, 2025.

3. On August 15, 2025, Plaintiff completed service of process on Defendant through Defendant's e-mail address at bojin_store@163.com provided by Amazon.

4. On September 8, 2025, Defendant reached out to Plaintiff through email requesting a settlement demand and case information. Plaintiff responded with its settlement position and the screenshot printouts regarding Defendant's infringing listings. Defendant never responded.

1

5. Defendant was properly served using the method of service authorized by the Court in the TRO through e-mail to bojin_store@163.com and received notice from Plaintiff regarding this case on at least two separate occasions (in addition to the notice received from Amazon related to disabling the infringing listings). The first time was on August 15, 2205, when the service of process was made on Defendant. The second occasion was Plaintiff's email response on September 8, 2025.

6. In Plaintiff's response dated September 8, 2025, Plaintiff explicitly advised Defendant that any extension request must be made in writing and prior to the response deadline.

7. In addition, a prominently displayed paragraph in large font is also available on the Service Website that states "any answer or other response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days. If no appearance or pleading is filed, the Court may render a judgment against the defendants."

8. Nevertheless, Defendant never requested an extension to file an answer.

9. I investigated Defendant dongguanshi shipai baojing riyongpindian by search on Google Maps of its Amazon registered business address, "Shipaizhen Shipai Puxinsanlu No.134 Room 111, Dongguanshi, Guangdong Province 523000 CN," and its Amazon-registered business name "dongguanshi shipai baojing riyongpindian". A search of the address and business name on Google Maps did not show any location that could be associated with Defendant. The search result only provided a general match for "Shipai, Dongguan" and "Dongguan." The address is ambiguous and does not appear to correspond to an identifiable or verifiable business location.

10. Additionally, I searched Defendant's business address and business name on Baidu Maps, which is a map service similar to Google Maps and commonly used in China. In my experience using Baidu Map in China, a search for a business by its name usually produces a result, even when the street address associated with the business name is ambiguous. The search shows that only the

street address "Shipaizhen Shipai Puxinsanlu" appeared in the search result, no specific location for "No. 134" exists. Nor could Defendant's business name be located on Baidu Maps.

11. Data provided by Amazon regarding Defendant's business operation indicates that Defendant has sold at least 39,940 infringing products and generated revenue totaling $405,387.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of October 2025 in Los Angeles.

*/s/ Zoey Huang*
Zoey Huang
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: zhuang@yklaw.us
